# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY GLOVER,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:12-cv-01558-MMD-PAL<br><br>**ORDER** |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered August 31, 2012, regarding removal of this case to federal district court. On September 18, 2012, Defendant filed a signed Statement (Dkt. #6) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., October 30, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 16th day of October, 2012.

_____
Peggy A. Leen
United States Magistrate Judge