1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHIRLEY GLOVER,                          )
                                         )
                          Plaintiff,     )          Case No. 2:12-cv-01558-MMD-PAL
                                         )
vs.                                      )          **ORDER**
                                         )
SMITH'S FOOD & DRUG CENTERS, INC.,       )
                                         )
                          Defendant.     )
_____)

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered August 31, 2012, regarding removal of this case to federal district court. On September 18, 2012, Defendant filed a signed Statement (Dkt. #6) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., October 30, 2012,** which must:

1.    Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2.    Include a statement by counsel of action required to be taken by this court.

3.    Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 16th day of October, 2012.

Peggy A. Leen
United States Magistrate Judge